Adam B. Wolf (Bar No. 215914)
PEIFFER WOLF CARR KANE & CONWAY,
A PROFESSIONAL LAW CORPORATION
5042 Wilshire Blvd., No. 304
Los Angeles, CA 90036
Telephone: (415) 766-3545
Facsimile: (415) 402-0058
awolf@peifferwolf.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WALLACE, *individually and as a representative of the class,* <br><br> *Plaintiff,* <br><br> *v.* <br><br> ADMEDIARY, LLC; ARTHUR WELCH; & PETER KLEIN, <br><br> *Defendants*. | Case No. CV 20-9308 PA (ASx) <br><br> RESPONSE TO ORDER TO SHOW CAUSE DATED NOVEMBER 3, 2020 |

The undersigned counsel hereby respectfully respond to the order to show cause ("OSC") that this Court issued on November 3, 2020. As discussed below and in the accompanying declarations, local counsel Adam Wolf lives in Los Angeles. He is physically present on a regular basis to conduct business in this District.

In this matter, Plaintiffs' counsel from the New York law firm Thomas & Solomon LLP have designated as local counsel Adam Wolf. The Court denied the *pro hac vice*

Response to OSC Dated Nov. 3, 2020
-1-

applications for the New York counsel (J. Nelson Thomas, Michael Lingle, and Conor Tallett) on grounds that Mr. Wolf does not maintain an office in the Central District of California. (ECF Nos. 22-24.)

Since the pro hac vice applications noted Mr. Wolf's address in Los Angeles, counsel believed that the Court may have confused Mr. Wolf's address with that of a different attorney, and thus re-filed the applications on November 2, 2020. In response, the Court issued an OSC that requested information about where Mr. Wolf "maintains an office at which he is 'physically present on a regular basis to conduct business.'" OSC p.2. It also ordered Mr. Wolf and out-of-state counsel to provide specific information in declarations regarding Mr. Wolf's residence. Those declarations accompany this filing. In short, they establish the following:

Mr. Wolf works and lives in Los Angeles. He owns his home in Los Angeles, where he resides with his wife and children. His children attend school in Los Angeles.

Mr. Wolf moved from San Francisco to this District more than seven years ago. While his firm and he maintain an office in San Francisco, they also have an office in Los Angeles. Mr. Wolf spends more time in the Los Angeles office than in the San Francisco office. He is physically present on a regular basis to conduct business in Los Angeles.

The Court noted that Mr. Wolf's law firm's publicly facing Los Angeles mailing address corresponds with Wilshire Mailbox. That is correct. Mr. Wolf works in a dedicated space (the guest house) on the Los Angeles property that his wife and he own. Because Mr. Wolf would rather not disclose his family's address to the public, the law firm maintains a postal address (akin to a P.O. Box) at which the firm receives mail. Mr. Wolf typically checks the mail at this address multiple times per week.

The attorneys at Thomas & Solomon, for their part, relied on Mr. Wolf's representations that he lives in Los Angeles. In addition, the firm is aware that Mr. Wolf lives and works in Los Angeles on account of the one other case they co-counsel with Mr. Wolf. In that matter, which is venued in the Southern Division of this District (Orange County), Mr. Wolf noted that it would take him approximately one hour to drive from his

office to the courthouse in the Southern Division for a hearing. That is consistent with his living in Los Angeles, not San Francisco.

Counsel appreciate the rigor with which the Court enforces the *pro hac vice* rules. They hope that this filing, along with the accompanying declarations, assuages its concerns.

Dated: November 13, 2020

Respectfully submitted,

*/s/ Adam B. Wolf*
Adam B. Wolf, Esq.
**PEIFFER WOLF CARR KANE & CONWAY, A PROFESSIONAL LAW CORPORATION**
5042 Wilshire Blvd., No. 304
San Francisco, CA 90036
Telephone: (415) 766-3545
awolf@peifferwolf.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, Esq. (to be admitted *pro hac vice*)
Michael J. Lingle, Esq. (to be admitted *pro hac vice*)
Conor T. Tallet, Esq. (to be admitted *pro hac vice*)
693 East Ave.
Rochester, NY 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
ctallet@theemploymentattorneys.com

*Attorneys for Plaintiff*