Adam B. Wolf (Bar No. 215914)
PEIFFER WOLF CARR KANE & CONWAY,
A PROFESSIONAL LAW CORPORATION
5042 Wilshire Blvd., No. 304
Los Angeles, CA 90036
Telephone: (415) 766-3545
Facsimile: (415) 402-0058
awolf@peifferwolf.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WALLACE, *individually and as a representative of the class,*  Plaintiff, v. ADMEDIARY, LLC; ARTHUR WELCH; & PETER KLEIN, *Defendants*. | Case No. CV 20-9308 PA (ASx) DECLARATION OF ADAM B. WOLF IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE DATED NOVEMBER 3, 2020 |

I, Adam B. Wolf, hereby declare as follows:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify as stated herein.

2. I am a member in good standing of the State Bar of California. I am licensed to practice law in this Court and all other courts in California.

3. I am a shareholder with the law firm of Peiffer Wolf Carr Kane & Conway,

Declaration of Adam B. Wolf
-1-

A Professional Law Corporation. My law firm and I are counsel for the Plaintiff and putative class in this matter.

4. In short response to the Court's Order to Show Cause dated November 3, 2020 ("OSC"), I live in Los Angeles. I maintain an office within this District for the practice of law, and am physically present on a regular basis to conduct business in this District.

5. The Court's OSC requested answers to four specific questions. The answers are as follows:

(1) Since the onset of the COVID-19 pandemic (March 2020), I have spent 100% of my working time in my law firm's Los Angeles office. I estimate that this translates to approximately 60 hours per week in our Los Angeles office.

Prior to the pandemic, I estimate that I spent approximately 75% of my time (or approximately 45 hours per week) in our Los Angeles office. The remaining time was spent in my firm's other offices and in other places to meet the demands of my firm's cases.

I have been a resident within the Central District of Los Angeles since July 2013. I moved from San Francisco to Santa Monica in July 2013. In February 2014 my wife and I moved to Culver City, where we remained until we moved to Hancock Park (in Los Angeles) in July 2018.

(2) I permanently reside in the City of Los Angeles.

(3) Attached as Exhibit A are true and correct copies of my current letterhead, business card, and website information. Each includes our Los Angeles address. The letterhead and website have changed in ways not relevant to the current inquiry over the last couple of years (*e.g.*, listing a new shareholder with the firm, amending the layout or format), but they have listed the same Los Angeles address—and before that, my Culver City address—for at least the last five years. I do not often use a business card, but we updated it to include my Los Angeles address in March 2020.

(4) I have been designated as local counsel on behalf of out-of-state lawyers in the

following cases (in addition to the present matter) in any U.S. District Court in California:

- *Drew v. The Vons Companies, Inc.*, Case No. 8:20-cv-00347-DOC-JDE (C.D. Cal.)
- *Torres v. Northcentral Univ.*, Case No. 3:18-cv-02069-CAB-WVG (S.D. Cal.)
- *Ogle v. County of Orange*, Case No. 8:18-cv-00425-DOC-JDE (C.D. Cal.)
- *Prince v. Comerica Bank*, Case No: 2:18-cv-00430-DMG-KS (C.D. Cal.)
- *Ezeude v. Paypal, Inc.*, Case No. 5:17-cv-02558-LHK (N.D. Cal.)
- *Cabell v. Zorro Productions, Inc.*, Case No. 15-cv-00771 (N.D. Cal.)
- *Devor v. HK Allen LP*, Case No: 5:15-cv-02411-PSG-DTB (C.D. Cal.)
- *Chelsea Morgan Securities, Inc. v. Rappaport*, Case No. 2:13-cv-09449-R-RZ (C.D. Cal.)
- *United States v. Thai et al.*, Case No. 2:04-cr-01261-DSF-7 (C.D. Cal.).

I personally assembled this information by reviewing PACER (in each of the four federal districts in California) and my law firm's files. Since I have been licensed to practice for nearly twenty years—which pre-dates working with my firm and may pre-date PACER history in some cases—I also attempted to recall any other such cases that would be responsive. Thus, while I cannot be absolutely certain there are no other responsive pre-PACER cases, I believe this list is exhaustive.

      6.    The Court noted that the State Bar listed my firm's San Francisco office for my contact information. That was the office address at which I worked until my wife and I moved to Southern California (in 2013). My legal assistant and another attorney with my firm still work in that office. My legal assistant emails to me all mail that is sent to me at the San Francisco office. However, to clear up any confusion, on the day the Court issued its OSC, I changed my contact information on the State Bar website to reflect the address for our Los Angeles office, where I reside and spend the majority of my time.

      7.    The Court noted that my law firm's publicly facing Los Angeles mailing address corresponds with Wilshire Mailbox. That is correct. I work in a dedicated space (the guest house) on the property that my wife and I own. I live in this house with my

wife and children, and my children attend school in Los Angeles. Because I would rather not disclose my family's address to the public, my firm maintains a postal address (akin to a P.O. Box) at which the firm receives mail in Los Angeles. I typically check the mail at this address multiple times per week.

8. I have been local counsel to the attorneys at Thomas & Solomon in one other matter. For both that case and the present matter, I told my co-counsel that I live and work in Los Angeles. Moreover, when that other lawsuit—which was venued in the Southern Division of this District (Orange County)—had a hearing that we thought might transpire in-person, I told my co-counsel that it would take me approximately one hour to drive to the courthouse for a hearing. That is consistent with my living in Los Angeles, not San Francisco.

9. I thank the Court for its time and attention. As a former judicial law clerk to a judge in the Central District of California, as well as a judge on the U.S. Court of Appeals, I sincerely appreciate courts' careful review of rules and procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November 2020, in Los Angeles, California.

*Adam Wolf* (signature)
_____
Adam B. Wolf

# EXHIBIT A



Adam B. Wolf | Shareholder

5042 Wilshire Blvd., No. 304, Los Angeles, CA 90036
4 Embarcadero Center, Suite 1400, San Francisco, CA 94111
415-766-3545    415-402-0058    awolf@peifferwolf.com

---

Peiffer Wolf Main office
1519 Robert C. Blakes Sr. Dr.
New Orleans, LA 70130
Main: (504) 523-2434

Los Angeles
(415) 766-3545
Cleveland
(216) 589-9280

San Francisco
(415) 766-3544
St. Louis
(314) 833-4826

New York
(585) 310-5140
Austin
(512) 535-6608

Case 2:20-cv-09308-PA-AS    Document 32-1    Filed 11/13/20    Page 7 of 8    Page ID #:109
NEW ORLEANS | ROCHESTER | CLEVELAND | LOS ANGELES | SAN FRANCISCO | AUSTIN | ST. LOUIS    504-523-2434

**PEIFFER WOLF** CARR KANE & CONWAY

ABOUT US | ATTORNEYS | INVESTOR PROTECTION | PRACTICE AREAS | CASE NEWS | FREE CONSULTATION

# Contact Us

Home → Contact Us

## CONTACT US

Whether it is our representation of investors who have lost their life savings to fraudsters, our work on behalf of retirement plan participants whose assets have been mismanaged, or cases involving labor violations, constitutional law, catastrophic injury, or life-changing criminal matters, we are dedicated to getting the best possible results for our clients.

### NEW ORLEANS MAIN OFFICE

1519 Robert C. Blakes Sr. Drive  
New Orleans, LA 70130

📞 504-523-2434  
📠 504-608-1465

### SAN FRANCISCO OFFICE
4 Embarcadero Center., Ste. 1400  
San Francisco, CA 94111  
📞 415-766-3544  
📠 415-402-0058

### LOS ANGELES OFFICE
5042 Wilshire Blvd., no. 304  
Los Angeles, CA 90036  
📞 415-766-3545  
📠 415-402-0058

### NEW YORK OFFICE
1150-J Pittsford-Victor Rd, 1st Floor  
Pittsford, NY 14534  
📞 585-310-5140  
📠 504-608-1465

### CLEVELAND OFFICE
1422 Euclid Avenue.,Suite 1610  
Cleveland, OH 44115  
📞 216-589-9280  
📠 216-916-9220

### MISSOURI OFFICE
818 Lafayette Avenue.,2nd Floor  
St. Louis, MO 63104  
📞 314-833-4826  
📠 217-666-7776

### TEXAS OFFICE
11801 Domain Blvd., 3rd Floor  
Austin, TX 78758  
📞 512-535-6608  
📠 504-608-1465

## FREE CONSULTATION

Tell Us a Little More About Your Case.

**Name** *  
First / Last

**Email** *

**Phone** *

**Your Message**

[SUBMIT]

*You should understand that when you provide information about a potential case to Peiffer Wolf Carr & Kane, APLC, we do not become your attorneys. With your permission, we may use your information to investigate whether we wish to represent you to bring a case.

---

**PEIFFER WOLF** CARR KANE & CONWAY

**ATTORNEY ADVERTISING**

We are a nationwide litigation law firm that represents individuals and entities who have been the victims of negligence, fraud or the misconduct of powerful interests. We are smart, experienced, and dedicated professionals who work tirelessly for our clients and take pride in the pursuit of justice on their behalf. The attorneys and staff at Peiffer Wolf Carr Kane & Conway produce top-quality work and our results speak for themselves.

### RECENT CASE NEWS


Prop 22 | How Uber and Lyft Are Buying Labor Laws  
October 5, 2020


2 lawsuits allege doctors used their own sperm in fertility treatments  
September 18, 2020


California mother files fertility fraud suit, alleging doctor used his own  
September 18, 2020

### NEW ORLEANS HEAD OFFICE

1519 Robert C. Blakes Sr Dr, 1st Floor  
New Orleans, LA 70130

📞 (504) 523-2434  
📠 (504) 608-1465



### CONTACT PEIFFER WOLF

**Name** *  
First / Last

**Email** *

**Phone** *

**Your Message**

[SUBMIT]

---

© 2020 Peiffer Wolf Carr Kane & Conway    Contact Us    Legal Disclaimers



Adam B. Wolf
*Shareholder*

Office: 415-766-3545
Fax: 415-402-0058
awolf@peifferwolf.com

4 Embarcadero Center, Suite 1400, San Francisco, CA 94111
5042 Wilshire Blvd, No. 304, Los Angeles, CA 90036