Adam B. Wolf (CA Bar No. 215914)
PEIFFER WOLF CARR KANE & CONWAY,
A PROFESSIONAL LAW CORPORATION
5042 Wilshire Blvd., No. 304
Los Angeles, CA  90036
Telephone: (415) 766-3545
awolf@peifferwolf.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WALLACE, *individually and as a representative of the class,* | Case No. CV 20-9308 PA (ASx) |
| *Plaintiff,* | NOTICE OF VOLUNTARY DISMISSAL |
| *v.* | |
| ADMEDIARY, LLC; ARTHUR WELCH; & PETER KLEIN, | |
| *Defendants.* | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. Attorneys for the Plaintiff understand that the Court retains authority to resolve issues identified in the Order to Show Cause, dated November 3, 2020.

1

Dated: January 5, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PEIFFER WOLF CARR KANE &
CONWAY, A PROFESSIONAL LAW
CORPORATION

By:   /s/ Adam B. Wolf
      Adam B. Wolf (215914)
      5042 Wilshire Blvd., No. 304
      Los Angeles, CA  90036
      Telephone: (415) 766-3545
      awolf@peifferwolf.com

*Attorneys for the Plaintiff*